# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Joshua Nyaundi ;
**County of Residence:** Buchanan County

**Defendant(s):**
First Listed Defendant:
Triumph Foods, LLC ;
**County of Residence:** Buchanan County

**County Where Claim For Relief Arose:** Buchanan County

**Plaintiff's Attorney(s):**

Thomas M. Ahlbrandt (Joshua Nyaundi)
The Ahlbrandt Law Firm, LLC
9237 Ward Parkway, Suite 100
Kansas City, Missouri 64114
**Phone:** (816) 490-6301
**Fax:**
**Email:** tom@ahlbrandtlaw.com

**Defendant's Attorney(s):**

Gregory D. Ballew ( Triumph Foods, LLC)
Fisher & Phillips, LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
**Phone:** (816) 842-8770
**Fax:** (816) 842-8767
**Email:** gballew@fisherphillips.com

J. Randall Coffey ( Triumph Foods, LLC)
Fisher & Phillips, LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
**Phone:** (816) 842-8770
**Fax:** (816) 842-8767
**Email:** rcoffey@fisherphillips.com

Lydia M. Middleton ( Triumph Foods, LLC)
Fisher & Phillips, LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
**Phone:** (816) 842-8770
**Fax:** (816) 842-8767
**Email:** lmiddleton@fisherphillips.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 2. Removed From State Court

**State Removal County:** Buchanan County

**State Removal Case Number:** 22BU-CC00035

**Nature of Suit:** 442 Employment

**Cause of Action:** 42 U.S.C. Section 1981

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Gregory D. Ballew

**Date:** 1/7/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.